**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16-00108-CR-RK |
| | ) | |
| WILLIAM H. BUTLER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

Before the Court is Defendant William H. Butler's Motion to Suppress (doc. 13).  An evidentiary hearing was held on August 24, 2017, before United States Magistrate Judge John T. Maughmer.  On November 16, 2017, Judge Maughmer issued the Report and Recommendation ("R&R").  (Doc. 28.)  Defendant filed objections to the R&R (doc. 29), and the Government filed a response to Defendant's objections (doc. 30).

Pursuant to Federal Rule of Criminal Procedure 59(b)(3), "[a] district judge must consider de novo any objection to a magistrate judge's recommendation."  After an independent, de novo review of the record, including all exhibits admitted at the evidentiary hearing, the applicable law, and the parties' objections and original motion, the Court adopts the Report and Recommendation of Judge Hays in its entirety.

Accordingly, it is **ORDERED** that:

(1)     Defendant's Motion to Suppress (doc. 13) is **GRANTED in part** and **DENIED in part**.  The Court **SUPPRESSES** Defendant's statement about his criminal record.  The motion is denied is all other respects; and

(2)     Magistrate Judge John T. Maughmer's Report and Recommendation (doc. 28) shall be attached to and made a part of this Order.


s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED:  December 7, 2017